IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>    RONALD JOHN ALFARO,<br><br>                 Debtor,<br>_____<br><br>JAMES E. SALVEN, Chapter 7 Trustee for the Estate of Ronald John Alfaro,<br><br>                 Plaintiff<br>   vs.<br><br>MARIA E.ALFARO, aka MARIA E. BERNARD, et al.,<br><br>                 Defendants.<br>_____/ | CASE NO. CV-F-06-1506 LJO<br><br>**ORDER TO DEFENDANT MARIA ALFARO TO CLARIFY THE CAPTION ON THE MOTION FOR WITHDRAWAL OF REFERENCE** |

On October 26, 2006, defendant Maria E. Alfaro filed a Motion to Withdraw Reference. This Case was assigned to District Judge Lawrence J. O'Neill on February 24, 2007.

The caption on the "Notice of Hearing for Motion for Withdrawal of Reference" states that Maria E. Alfaro is a defendant and indicates "et al." following her name, for potentially other defendants. Accordingly, Defendant Maria E. Alfaro is DIRECTED to clarify the caption as to whether any additional defendants are named and therefore should be added to the Court's docket. This is to be completed within 7 court days from the date of this order.

IT IS SO ORDERED.

**Dated:   March 16, 2007**              /s/ Lawrence J. O'Neill
b9ed48                                                 UNITED STATES DISTRICT JUDGE