UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| JAMES E. SALVEN, | **1:06-cv-01506 LJO** |
| Plaintiff, | **ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENTS (L.R. 5-133)** |
| vs. | |
| MARIA E. ALFARO, also known as MARIA E. BERNARD, | **Date: May 3, 2007** |
| | **Time: 8:30 a.m.** |
| Defendant. | **Courtroom: Four** |

TO:  SCOTT LYONS, Attorney for Defendant Maria Alfaro:

On January 3, 2005, this court became an electronic filing district, requiring all attorneys to register for the court's electronic filing system (CM/ECF), and except where excused by the court or by Local Rule, to file all documents electronically.  You were given written notice on February 26, 2007, directing you to register for CM/ECF.  To date, you have failed to register.

YOU ARE HEREBY ORDERED TO APPEAR BEFORE THIS COURT ON MAY 3, 2007, AT 8:30 A.M. IN COURTROOM FOUR, BEFORE U.S. DISTRICT JUDGE LAWRENCE J. O'NEILL, TO SHOW CAUSE why sanctions should not be imposed for your failure to comply with the court's electronic filing requirements and your failure to respond to the court's

1 | prior notice.  Any response to this notice shall be filed at
2 | least seven days prior to the hearing.
3 |
4 |      DATED:    April 3, 2007
5 |
6 |                                    /s/ Lawrence J. O'Neill
  |                                    LAWRENCE J. O'NEILL
7 |                                    U.S. District Judge
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |