# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | CASE NO. CV-F-06-1506 LJO |
|     RONALD JOHN ALFARO, | **ORDER TO CLOSE ACTION** |
|         Debtor, | |
| JAMES E. SALVEN, Chapter 7 Trustee for the Estate of Ronald John Alfaro, | |
|         Plaintiff | |
|   vs. | |
| MARIA E.ALFARO, aka MARIA E. BERNARD, et al., | |
|         Defendants. | |

      Defendant Maria E. Alfaro has withdrawn her motion to withdraw reference to the bankruptcy court. As such, this Court DIRECTS the clerk to close this action.

      IT IS SO ORDERED.

**Dated:   April 26, 2007**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE